PROB 12B
(7/93)

# United States District Court
### for the
### Southern District of Georgia
### Brunswick Division

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



| | |
|---|---|
| Name of Offender: **Tremeka Renee Blackshear** | Case Number: CR202-00049-001 |

Name of Sentencing Judicial Officer:   Honorable Anthony A. Alaimo
                                        Judge, U.S. District Court

Date of Original Sentence:   April 7, 2003

Original Offense:   Bank fraud

Original Sentence:   1 day imprisonment; 5 years supervised release; $13,088.43 restitution; 250 hours community service

Type of Supervision:   Supervised Release

Date Supervision Commenced:   April 8, 2003

Assistant U.S. Attorney:   William Frentzen

Defense Attorney:   Grayson P. Lane

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant's monthly installments of $273 shall be reduced to $187 per month which shall begin immediately and continue over the next twenty-four months.

### CAUSE

The Court ordered the defendant to complete five years of supervised release and pay restitution in the amount of $13,088.43 in equal monthly installments of $273 over a period of four years. Blackshear works at a convenience store and earns approximately $1,000 per month. She receives $150 per month in child support from her ex-husband and has a poor credit history. She recently had a vehicle repossessed because she could not afford the payments.

Prob 12B               Request for Modifying the Conditions or Term of Supervision

Re: Tremeka Renee Blackshear
Case Number: CR202-00049-001
Page 2

---

The original payment plan would result in Blackshear paying off the balance of restitution a year before she is scheduled to terminate from supervision. However, given Blackshear's financial profile, she would benefit greatly by having her monthly payment schedule reduced. If the Court reduces her payment to $187 per month, Blackshear would still payoff the balance of restitution by the time she terminates from supervised release.

Respectfully submitted,

by /s/ David M. Paga
David M. Paga
U.S. Probation Officer
Date: April 4, 2006

Reviewed by:
/s/ Barry Bargainnier
Barry Bargainnier
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Anthony A. Alaimo
Judge, U.S. District Court

4-10-06
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant's monthly installments of $273 shall be reduced to $187 per month which shall begin immediately and continue over the next twenty-four months.

Witness: _____   Signed: _____
David M. Paga                                    Tremeka Renee Blackshear
U.S. Probation Officer

4-4-6
DATE