PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Brunswick Division

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Tremeka Renee Blackshear**  Case Number: CR202-00049-001

Name of Sentencing Judicial Officer:   Honorable Anthony A. Alaimo
                                       Judge, U.S. District Court

Date of Original Sentence:   April 7, 2003

Original Offense:   Bank fraud

Original Sentence:   1 day imprisonment; 5 years supervised release; $13,088.43 restitution; 250 hours community service

Type of Supervision:   Supervised Release

Date Supervision Commenced:   April 8, 2003

Assistant U.S. Attorney:   William Frentzen

Defense Attorney:   Grayson P. Lane

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program of mental health treatment. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

## CAUSE

On July 11, 2006, Blackshear advised this officer that she attempted suicide on July 6, 2006, by overdosing prescription pain killers. Blackshear reported that she is no longer suicidal, but depressed about her employment situation, bills, and her life in general. Blackshear had previously made an appointment with Gateway CSB, Brunswick; however, her appointment is not until August 4, 2006. Accordingly, our office recommends that the Court modify her conditions so that a referral to Chemical Dependency Couseling, Brunswick, can be made immediately.

Prob 12B                Request for Modifying the Conditions or Term of Supervision

Re: Tremeka Renee Blackshear
Case Number: CR202-00049-001
Page 2

---

Respectfully submitted,

by *[signature]*

David M. Paga
U.S. Probation Officer
Date: July 14, 2006

Reviewed by:
*[signature]*
Barry Bargainnier
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Judge, U.S. District Court

7-18-06
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of mental health treatment. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

Witness: _____   Signed: _____
David M. Paga                                    Tremeka Renee Blackshear
U.S. Probation Officer

_____7-14-6_____
DATE